AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

United States v. Werner Gonzalez

## APPEARANCE

Case Number: 1:06M57A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Werner Gonzalez.

I certify that I am admitted to practice in this court.

6-29-06
Date

Signature

Edward C. Roy Jr. — 3024
Print Name — Bar Number

10 Weybossett Street, Suite 300
Address

Providence — RI — 02903
City — State — Zip Code

(401) 528-4281 — (401) 528-4285
Phone Number — Fax Number