UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : CR. CR 06 85S |
| | : In violation of |
| WERNER GONZALEZ | : 8 U.S.C. § 1326 (a) |

**INFORMATION**

The United States Attorney charges that:

On or about June 8, 2006, in the District of Rhode Island defendant WERNER GONZALEZ, an alien who had previously been deported from the United States, knowingly entered and was found in the United States without previously having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

ROBERT CLARK CORRENTE
United States Attorney

By: LEE H. VILKER
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

Dated: 7/18/06