O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
WERNER GONZALEZ

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 85S

I, WERNER GONZALEZ, the above named defendant, who is accused of

being an alien who had previously been deported from the United States, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 24 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Werner Gonzalez

WERNER GONZALEZ
Defendant

EDWARD C. ROY
Counsel for Defendant

Before ______________________
Judicial Officer
USMJ